THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 Robert
 E. Lawlis, Petitioner, 
 v.
 State
 of South Carolina, Respondent.
 
 
 

Appeal From Dorchester County
Steven H. John, Trial Judge
 James C. Williams, Jr., Post-Conviction Relief Judge

Unpublished Opinion No. 2009-UP-301
Submitted May 1, 2009  Filed June 10, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Petitioner.
 Attorney
 General Henry D. McMaster, Chief Deputy Attorney John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Lance S. Boozer, all of Columbia, for Respondent.  
 
 
 

PER
 CURIAM:  Petitioner seeks a writ of certiorari from
 the denial of his application for post-conviction relief (PCR).  
Because there is sufficient evidence to support the PCR judges
 finding that petitioner did not knowingly and intelligently waive his right to
 a direct appeal, we grant certiorari on petitioner's Question I and proceed
 with a review of the direct appeal issue pursuant to Davis v. State, 288
 S.C. 290, 342 S.E.2d 60 (1986).  We deny the petition for a writ of
 certiorari as to petitioner's Question II.  
After
 a thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss Petitioners appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED. 
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.